WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq. SBN 150984
Sonia A. Plesset, Esq. SBN 156456
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660 *(Robledo/pleadings/Separate Statement - MSJ)*
(949) 477-5050; Fax: (949) 477-9200
rwright@wrightlegal.net

Attorneys for Defendants, EVERHOME MORTGAGE COMPANY and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Nominee for the FDIC, as successor-in-interest to Net Bank, also known as Meritage Mortgage Corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARGARITA CORTEZ, | Case No.: CV08-6737 R (PJWx) |
| Plaintiff, | [~~PROPOSED~~] STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANTS EVERHOME MORTGAGE COMPANY AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR THE FDIC, AS SUCCESSOR-IN-INTEREST TO NET BANK, ALSO KNOWN AS MERITAGE MORTGAGE CORPORATION'S MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION |
| vs. | |
| TRI STAR REALTY AND INVESTMENTS INC., a California corporation; JAVIER GUERRERO, ZACHERY YATES, JORGE ENRIQUEZ, JOHN ROBLEDO; MARIA VERONICA ROBLEDO; LEOPOLDO GUERRERO; ANTONIA GUERRERO; ARMONDO A. ZUNUO, JR., et al. | |
| Defendants. | |
| | Date: May 8, 2009 |
| | Time: 10:00 a.m. |
| | Dept.: 8 |

SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANTS EVERHOME MORTGAGE COMPANY AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION

)
)
)
)
) *[Filed concurrently with Motion for*
) *Summary Judgment, Request for*
) *Judicial Notice Declarations of Robin*
) *P. Wright and Lorri Beltz; and*
) *Proposed Order]*
)
)
)
)

Defendants EVERHOME MORTGAGE COMPANY AND MORTGAGE ELECTRONICS REGISTRATION SYSTEMS, INC., as Nominee for the FDIC, as successor-in-interest to Net Bank, Also known as Meritage Mortgage Corporation ("Defendants") hereby submit their proposed Statement of Uncontroverted Facts and Conclusions of Law pursuant to F.R.C.P. 56 and L-R 56-1 as follows:

| **UNDISPUTED MATERIAL FACTS** | **SUPPORTING EVIDENCE** |
|---|---|
| 1. On or about June 16, 2006, a deed of trust securing an obligation of $123,000, was recorded on the Property commonly known as 15471 Sago Road, #1-4 as Instrument No. 2006-0447225 in the official records of San Bernardino County, California ("subject deed of trust"). This deed of trust is the only deed of trust linked to Defendant EverHome in the First Amended Complaint. | 1. See, subject deed of trust, Exhibit "1" to Request for Judicial Notice ("RJN"); First Amended Complaint ("FAC"), para. 51; Deed of Trust, Exhibit "D" to FAC. |

2

SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANTS EVERHOME MORTGAGE COMPANY AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION

| UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 2. EverHome transferred the servicing rights in the subject deed of trust to MGC Mortgage on or about July 1, 2008. | 2. See, Declaration of Lorri Belz ("Belz"), para. 5; and audit and assignment, exhibits "A" and "B" to Belz Declaration; See Motion by MGC Mortgage to intervene, Docket No. 32. |
| 3. EverHome has not serviced the subject deed of trust since July 2008 and has no interest in the instrument. | 3. Belz Dec., para. 7 |
| 4. MERS, the original beneficiary, sold the subject deed of trust to LNV Corporation in or about July 2008 and assigned its interests thereunder. | 4. See, Assignment of Deed of Trust, Exhibit "2" to RJN; see Motion to Intervene by LNV Corporation, Docket No. 32.; See Belz Dec. para. 7 |

## CONCLUSIONS OF LAW

1. Defendant EverHome has no interest in the subject deed of trust, and is not a necessary party to the Seventeenth or Eighteenth Causes of action. Furthermore, it is not a "claimant" with the meaning of California Code of Civil Procedure Section 1798.92(a), nor has it taken any action against Plaintiff, Margarita Cortez ("Plaintiff") as defined by said statute.

2. Defendant MERS is not a necessary party to the Seventh, Seventeenth and Eighteenth causes of action as they relate to the deed of trust recorded as instrument No. 2006-0447225, in the Official Records of San Bernardino County, California, Exhibit "D" to the First Amended Complaint.

3

3. Defendant MERS is not a "claimant" with the meaning of California Code of Civil Procedure Section 1798.92(a), nor has it taken any action against Plaintiff, Margarita Cortez ("Plaintiff") as defined by said statute.

Respectfully Submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: April 9, 2009    By: /Robin Prema Wright/
Robin P. Wright, Esq.,
Sonia A. Plesset, Esq.,
Attorneys for Defendants
EVERHOME MORTGAGE CO. and
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
AS NOMINEE FOR THE FDIC, AS
SUCCESSOR-IN-INTEREST TO
NET BANK, ALSO KNOWN AS
MERITAGE MORTGAGE
CORPORATION

_____  may 4, 2009
U.S.D.J
MANUEL L. REAL

4

SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANTS EVERHOME MORTGAGE COMPANY AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION