**SNYDER LAW, a Professional Corporation**
**Barry Clifford Snyder (SB# 62844)**
**Kenneth H. Martin (SB# 240350)**
4050 Calle Real, Suite 200
Santa Barbara, CA 93110
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801

Attorneys for Defendants
US BANK N.A. and SELECT PORTFOLIO SERVICING, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MARGARITA CORTEZ,<br><br>        Plaintiff,<br><br>v.<br><br>TRI STAR REALTY AND INVESTMENTS INC., et al,<br><br>        Defendants.<br>_____/ | Case No. CV08-6737 R (PJWx)<br><br>**Hon. Manuel L. Real - Courtroom 8**<br><br>[~~PROPOSED~~] **JUDGMENT**<br><br>**[Filed concurrently with Notice of Motion and Motion for Summary Judgment, Declarations, Statement of Uncontorverted Facts and Conclusions of Law and Request for Judicial Notice]**<br><br>Date : **May 4, 2009**<br>Time : **10:00 AM**<br>Ctrm. : **8** |

    The motion of defendants US BANK N.A. and SELECT PORTFOLIO SERVICING, INC., for summary judgment, or in the alternative, summary adjudication, came on for hearing May 4, 2009, the Honorable Manuel L. Real, presiding.

    After due consideration of the moving, opposing (if any) and reply (if any) papers, and upon evidence and argument presented before or at the time of the hearing, and good cause appearing therefor,

///

1   **IT IS HEREBY ORDERED** that the Motion for Summary Judgment filed by
2   defendants US BANK N.A. and SELECT PORTFOLIO SERVICING, INC. is
3   **GRANTED**, as follows:
4       As a matter of law, there is no genuine issue as to any material fact and that
5   US BANK N.A. and SELECT PORTFOLIO SERVICING, INC. are entitled to
6   judgment as a matter of law as to the Eighth Cause of Action for Cancellation of
7   Instruments on the Navajo Road Property, the Twelfth Cause of Action for Quiet
8   Title, the Seventeenth Cause of Action for Injunction, and the Eighteenth Cause of
9   Action for Declaratory Relief.
10
11  Dated: __May 4, 2009___         _____
12                                   Hon. Manuel L. Real, United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28