```
 1  JESSE S. HERNANDEZ (Bar No. 92708)
       jsh@amclaw.com
 2  VANESSA H. WIDENER (Bar No. 203967)
       vhw@amclaw.com
 3  ARNOLD W. HOLADAY (Bar No. 166390)
       awh@amclaw.com
 4  ANDERSON, McPHARLIN & CONNERS LLP
    Thirty-First Floor
 5  444 South Flower Street
    Los Angeles, California 90071-2901
 6  TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594
```


FILED
CLERK, U.S. DISTRICT COURT
JUN 29 2009
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

7  Attorneys for Federal Deposit Insurance Corporation, as Conservator for IndyMac Federal Bank, FSB, HSBC Bank USA, N.A.; EMC Mortgage Corporation; Mortgage Electronic Registration Systems, Inc.; Ocwen Loan Servicing, LLC; LaSalle Bank, N.A.; Washington Mutual Bank, F.A., Federal Home Loan Mortgage Corporation, LNV Corporation and MGC Mortgage, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARGARITA CORTEZ,<br><br>Plaintiff,<br><br>vs.<br><br>TRI STAR REALTY AND INVESTMENTS, INC., a California corporation; JAVIER GUERRERO; ZACHERY YATES; JORGE ENRIQUEZ; JOHN ROBLEDO; MARIA VERONICA ROBLEDO; LEOPOLDO GUERRERO; ANTONIA GUERRERO; ARMANDO A. ZUNO, JR.; and all persons claiming by, through or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a Delaware corporation; NDEX WEST LLC., a Delaware limited liability company; WELLS FARGO BANK N.A. doing business as AMERICAS SERVICING COMPANY; WASHINGTON MUTUAL BANK, | Case No. CV08-6737 R (PJWx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS HSBC BANK USA, N.A. AND OCWEN LOAN SERVICING, LLC** |

1  F.A.; HOMEFIELD FINANCIAL INC., a California corporation, its successors and assigns; THE MORTGAGE STORE FINANCIAL INC., a California corporation, its successors and assigns; QUALITY LOAN SERVICE CORPORATION, a California corporation; MERITAGE MORTGAGE CORPORATION, an Oregon corporation, its successors and assigns; HOMEWIDE LENDING CORP, a California corporation, its successors and assigns; SELECT PORTFOLIO SERVICING, INC. a Utah corporation; INDYMAC BANK, FSB; EVERHOME MORTGAGE COMPANY a Florida corporation; EMC MORTGAGE COMPANY, a Delaware corporation; OCWEN LOAN SERVICING LLC, a Delaware limited liability company; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP. on behalf of the Credit Suisse Adjustable Rate Mortgage Trust 2006-3, a Delaware corporation; MERCHANTS BONDING COMPANY, an Iowa corporation; INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation; US BANK N.A. (Doe 1); BANK OF AMERICA NA, successor to La Salle Bank NA, Assignee of EMC Mortgage Corporation (Doe 2); FEDERAL HOME LOAN MORTGAGE ASSOCIATION, assignee of interest from EMC Mortgage Corporation (Doe 3); HSBC Bank USA, N.A., as Trustee for the registered holders of the Nomura Asset Acceptance Corporation Alternative Loan Trust Series 2006-S5 (Doe 4); and DOES 5-100, inclusive,

Defendants.

24  ///
25  ///
26  ///
27  ///
28  ///

1The Motion for Summary Judgment, or in the Alternative Partial Summary Judgment, of Defendants HSBC BANK USA, N.A. and OCWEN LOAN SERVICING, LLC came on regularly for hearing on **June 15, 2009**, before the Hon. Manuel L. Real, Judge presiding. Arnold W. Holaday of Anderson, McPharlin & Conners LLP appeared on behalf of moving parties. Plaintiff MARGARITA CORTEZ appeared along with her attorney William Swearinger.

The Court, having considered the points and authorities, statement of uncontroverted facts and conclusions of law, declaration and evidence supporting the Motion, hereby finds that Defendants HSBC BANK USA, N.A. and OCWEN LOAN SERVICING, LLC are entitled to Judgment as a matter of law on the grounds that there is no genuine issue as to any material fact and that the moving parties are entitled to judgment as a matter of law as to the Tenth Cause of Action for Cancellation of Instruments; Twelfth Cause of Action for Quiet Title, Seventeenth Cause of Action for Temporary and Permanent Injunction Against Foreclosure and Eighteenth Cause of Action for Declaratory Relief in her First Amended Complaint.

**IT IS HEREBY ORDERED AND ADJUDGED:**

The Motion for Summary Judgment of Defendants HSBC BANK USA, N.A. and OCWEN LOAN SERVICING, LLC is granted in its entirety on the grounds that there is no genuine issue as to any material fact and that the Defendants HSBC BANK USA, N.A. and OCWEN LOAN SERVICING, LLC are entitled to judgment as a matter of law as to the Tenth Cause of Action for Cancellation of Instruments; Twelfth Cause of Action for Quiet Title, Seventeenth Cause of Action for

/ / /
/ / /
/ / /
/ / /
/ / /

1 Temporary and Permanent Injunction Against Foreclosure and Eighteenth Cause of
2 Action for Declaratory Relief in her First Amended Complaint.
3 DATED: June 29, 2009

_____
HON. MANUEL L. REAL