1  JESSE S. HERNANDEZ (Bar No. 92708)
     jsh@amclaw.com
2  VANESSA H. WIDENER (Bar No. 203967)
     vhw@amclaw.com
3  ARNOLD W. HOLADAY (Bar No. 166390)
     awh@amclaw.com
4  ANDERSON, McPHARLIN & CONNERS LLP
   Thirty-First Floor
5  444 South Flower Street
   Los Angeles, California 90071-2901
6  TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

7  Attorneys for Federal Deposit Insurance Corporation, as Conservator for
   IndyMac Federal Bank, FSB, HSBC Bank USA, N.A.; EMC Mortgage
8  Corporation; Mortgage Electronic Registration Systems, Inc.; Ocwen Loan
   Servicing, LLC; LaSalle Bank, N.A.; Washington Mutual Bank, F.A., Federal
9  Home Loan Mortgage Corporation, LNV Corporation and MGC Mortgage, Inc.



FILED
CLERK, U.S. DISTRICT COURT
JUN 29 2009
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARGARITA CORTEZ,<br><br>            Plaintiff,<br><br>    vs.<br><br>TRI STAR REALTY AND INVESTMENTS, INC., a California corporation; JAVIER GUERRERO; ZACHERY YATES; JORGE ENRIQUEZ; JOHN ROBLEDO; MARIA VERONICA ROBLEDO; LEOPOLDO GUERRERO; ANTONIA GUERRERO; ARMANDO A. ZUNO, JR.; and all persons claiming by, through or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a Delaware corporation; NDEX WEST LLC., a Delaware limited liability company; WELLS FARGO BANK N.A. doing business as AMERICAS SERVICING COMPANY; WASHINGTON MUTUAL BANK, | Case No. CV08-6737 R (PJWx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS EMC MORTGAGE CORPORATION, LASALLE BANK, N.A., AND FEDERAL HOME LOAN MORTGAGE CORPORATION** |

739092.1 4872.036

1  F.A.; HOMEFIELD FINANCIAL INC., a California corporation, its successors and assigns; THE MORTGAGE STORE FINANCIAL INC., a California corporation, its successors and assigns; QUALITY LOAN SERVICE CORPORATION, a California corporation; MERITAGE MORTGAGE CORPORATION, an Oregon corporation, its successors and assigns; HOMEWIDE LENDING CORP, a California corporation, its successors and assigns; SELECT PORTFOLIO SERVICING, INC. a Utah corporation; INDYMAC BANK, FSB; EVERHOME MORTGAGE COMPANY a Florida corporation; EMC MORTGAGE COMPANY, a Delaware corporation; OCWEN LOAN SERVICING LLC, a Delaware limited liability company; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP. on behalf of the Credit Suisse Adjustable Rate Mortgage Trust 2006-3, a Delaware corporation; MERCHANTS BONDING COMPANY, an Iowa corporation; INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation; US BANK N.A. (Doe 1); BANK OF AMERICA NA, successor to La Salle Bank NA, Assignee of EMC Mortgage Corporation (Doe 2); FEDERAL HOME LOAN MORTGAGE ASSOCIATION, assignee of interest from EMC Mortgage Corporation (Doe 3); HSBC Bank USA, N.A., as Trustee for the registered holders of the Nomura Asset Acceptance Corporation Alternative Loan Trust Series 2006-S5 (Doe 4); and DOES 5-100, inclusive,

Defendants.

The Motion for Summary Judgment, or in the Alternative Partial Summary Judgment, of Defendants EMC MORTGAGE CORPORATION, LASALLE BANK, N.A., and FEDERAL HOME LOAN MORTGAGE CORPORATION came on regularly for hearing on **June 15, 2009**, before the Hon. Manuel L. Real, Judge presiding. Arnold W. Holaday of Anderson, McPharlin & Conners LLP appeared

739092.1 4872.036

2

JUDGMENT IN FAVOR OF DEFENDANTS EMC MORTGAGE CORPORATION, LASALLE BANK, N.A., AND FEDERAL HOME LOAN MORTGAGE CORPORATION

1  on behalf of moving parties EMC MORTGAGE CORPORATION, LASALLE
2  BANK, N.A. and FEDERAL HOME LOAN MORTGAGE CORPORATION.
3  Plaintiff MARGARITA CORTEZ appeared along with her attorney William
4  Swearinger.
5     The Court, having considered the points and authorities, statement of
6  uncontroverted facts and conclusions of law, declarations and evidence supporting
7  the Motion, hereby finds that Defendants EMC MORTGAGE CORPORATION,
8  LASALLE BANK, N.A., and FEDERAL HOME LOAN MORTGAGE
9  CORPORATION are entitled to Judgment as a matter of law on the grounds that
10 there is no genuine issue as to any material fact and that the moving parties are
11 entitled to judgment as a matter of law as to the Ninth Cause of Action for
12 Cancellation of Instruments; Twelfth Cause of Action for Quiet Title, Seventeenth
13 Cause of Action for Temporary and Permanent Injunction Against Foreclosure and
14 Eighteenth Cause of Action for Declaratory Relief in her First Amended Complaint.
15 **IT IS HEREBY ORDERED AND ADJUDGED:**
16    The Motion for Summary Judgment of Defendants EMC MORTGAGE
17 CORPORATION, LASALLE BANK, N.A., and FEDERAL HOME LOAN
18 MORTGAGE CORPORATION is granted in its entirety on the grounds that there is
19 no genuine issue as to any material fact and that the Defendants EMC MORTGAGE
20 CORPORATION, LASALLE BANK, N.A., and FEDERAL HOME LOAN
21 MORTGAGE CORPORATION are entitled to judgment as a matter of law as to the
22 Ninth Cause of Action for Cancellation of Instruments; Twelfth Cause of Action for
23 Quiet Title, Seventeenth Cause of Action for Temporary and Permanent Injunction
24 ///
25 ///
26 ///
27 ///
28 ///

739092.1 4872.036

3

JUDGMENT IN FAVOR OF DEFENDANTS EMC MORTGAGE CORPORATION, LASALLE BANK, N.A., AND FEDERAL HOME LOAN MORTGAGE CORPORATION

1 | Against Foreclosure and Eighteenth Cause of Action for Declaratory Relief in her
2 | First Amended Complaint.

3 | DATED: June **29**, 2009

_____
HON. MANUEL L. REAL

4

JUDGMENT IN FAVOR OF DEFENDANTS EMC MORTGAGE CORPORATION, LASALLE BANK, N.A., AND FEDERAL HOME LOAN MORTGAGE CORPORATION