1  JESSE S. HERNANDEZ (Bar No. 92708)
   jsh@amclaw.com
2  VANESSA H. WIDENER (Bar No. 203967)
   vhw@amclaw.com
3  ARNOLD W. HOLADAY (Bar No. 166390)
   awh@amclaw.com
4  ANDERSON, McPHARLIN & CONNERS LLP
   Thirty-First Floor
5  444 South Flower Street
   Los Angeles, California 90071-2901
6  TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594



FILED
CLERK, U.S. DISTRICT COURT
JUN 29 2009
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

7  Attorneys for Federal Deposit Insurance Corporation, as Conservator for IndyMac Federal Bank, FSB, HSBC Bank USA, N.A.; EMC Mortgage
8  Corporation; Mortgage Electronic Registration Systems, Inc.; Ocwen Loan Servicing, LLC; LaSalle Bank, N.A.; Washington Mutual Bank, F.A., Federal
9  Home Loan Mortgage Corporation, LNV Corporation and MGC Mortgage, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARGARITA CORTEZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>TRI STAR REALTY AND INVESTMENTS, INC., a California corporation; JAVIER GUERRERO; ZACHERY YATES; JORGE ENRIQUEZ; JOHN ROBLEDO; MARIA VERONICA ROBLEDO; LEOPOLDO GUERRERO; ANTONIA GUERRERO; ARMANDO A. ZUNO, JR.; and all persons claiming by, through or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a Delaware corporation; NDEX WEST LLC., a Delaware limited liability company; WELLS FARGO BANK N.A. doing business as AMERICAS SERVICING COMPANY; WASHINGTON MUTUAL BANK, | Case No. CV08-6737 R (PJWx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT WASHINGTON MUTUAL BANK, N.A.** |

738983.1 4872.036

1

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1  F.A.; HOMEFIELD FINANCIAL INC.,
a California corporation, its successors
2  and assigns; THE MORTGAGE
STORE FINANCIAL INC., a
3  California corporation, its successors
and assigns; QUALITY LOAN
4  SERVICE CORPORATION, a
California corporation; MERITAGE
5  MORTGAGE CORPORATION, an
Oregon corporation, its successors and
6  assigns; HOMEWIDE LENDING
CORP, a California corporation, its
7  successors and assigns; SELECT
PORTFOLIO SERVICING, INC. a
8  Utah corporation; INDYMAC BANK,
FSB; EVERHOME MORTGAGE
9  COMPANY a Florida corporation;
EMC MORTGAGE COMPANY, a
10  Delaware corporation; OCWEN LOAN
SERVICING LLC, a Delaware limited
11  liability company; CREDIT SUISSE
FIRST BOSTON MORTGAGE
12  SECURITIES CORP. on behalf of the
Credit Suisse Adjustable Rate Mortgage
13  Trust 2006-3, a Delaware corporation;
MERCHANTS BONDING
14  COMPANY, an Iowa corporation;
INTERNATIONAL FIDELITY
15  INSURANCE COMPANY, a New
Jersey corporation; US BANK N.A.
16  (Doe 1); BANK OF AMERICA NA,
successor to La Salle Bank NA,
17  Assignee of EMC Mortgage
Corporation (Doe 2); FEDERAL
18  HOME LOAN MORTGAGE
ASSOCIATION, assignee of interest
19  from EMC Mortgage Corporation (Doe
3); HSBC Bank USA, N.A., as Trustee
20  for the registered holders of the Nomura
Asset Acceptance Corporation
21  Alternative Loan Trust Series 2006-S5
(Doe 4); and DOES 5-100, inclusive,
22
           Defendants.
23
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

738983.1 4872.036

1  The Motion for Summary Judgment, or in the Alternative Partial Summary
2  Judgment, of Defendant Washington Mutual Bank, N.A. came on regularly for
3  hearing on **June 15, 2009**, before the Hon. Manuel L. Real, Judge presiding. Arnold
4  W. Holaday of Anderson, McPharlin & Conners LLP appeared on behalf of moving
5  party. Plaintiff Margarita Cortez appeared along with her attorney William
6  Swearinger.
7  The Court, having considered the points and authorities, statement of
8  uncontroverted facts and conclusions of law, declaration and evidence supporting
9  the Motion, hereby finds that Defendant Washington Mutual Bank, N.A. is entitled
10 to Judgment as a matter of law on the grounds that there is no genuine issue as to
11 any material fact and that the moving parties are entitled to judgment as a matter of
12 law as to the Seventh Cause of Action for Cancellation of Instruments; Twelfth
13 Cause of Action for Quiet Title; Seventeenth Cause of Action for Temporary and
14 Permanent Injunction Against Foreclosure; and Eighteenth Cause of Action for
15 Declaratory Relief in her First Amended Complaint.
16 **IT IS HEREBY ORDERED AND ADJUDGED:**
17 The Motion for Summary Judgment of Defendant Washington Mutual Bank,
18 N.A. is granted in its entirety on the grounds that there is no genuine issue as to any
19 material fact and that the Defendant Washington Mutual Bank, N.A. is entitled to
20 judgment as a matter of law as to the Seventh Cause of Action for Cancellation of
21 Instruments; Twelfth Cause of Action for Quiet Title, Seventeenth Cause of Action
22 for Temporary and Permanent Injunction Against Foreclosure and Eighteenth Cause
23 of Action for Declaratory Relief in her First Amended Complaint.
24 DATED: June 29, 2009

HON. MANUEL L. REAL