JESSE S. HERNANDEZ (Bar No. 92708)
  jsh@amclaw.com
ARNOLD W. HOLADAY (Bar No. 166390)
  awh@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attor for Federal Deposit Insurance Corporation, as Conservator for IndyMac Federal Bank, FSB, HSBC Bank USA, N.A.; EMC Mortgage Corporation; Mortgage Electronic Registration Systems, Inc.; Ocwen Loan Servicing, LLC; LaSalle Bank, N.A.; Washington Mutual Bank, F.A., Federal Home Loan Mortgage Corporation, LNV Corporation and MGC Mortgage, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARGARITA CORTEZ, <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>TRI STAR REALTY AND INVESTMENTS, INC., a California corporation; JAVIER GUERRERO; ZACHERY YATES; JORGE ENRIQUEZ; JOHN ROBLEDO; MARIA VERONICA ROBLEDO; LEOPOLDO GUERRERO; ANTONIA GUERRERO; ARMANDO A. ZUNO, JR.; and all persons claiming by, through or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a Delaware corporation; NDEX WEST LLC., a Delaware limited liability company; WELLS FARGO BANK N.A. doing business as AMERICAS SERVICING COMPANY; WASHINGTON MUTUAL BANK, F.A.; HOMEFIELD FINANCIAL INC., a California corporation, its successors | Case No. CV08-6737 R (PJWx) <br><br> **JUDGMENT IN FAVOR OF DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION, AS CONSERVATOR FOR INDYMAC FEDERAL BANK, FSB** <br><br> *[Notice of Motion and Motion for Summary Judgment, Statement of Uncontroverted facts and Conclusions of Law, Memorandum of Points and Authorities, Request for Judicial Notice, and Evidence and Declarations, filed concurrently herewith]* <br><br> **Date:** July 6, 2009 <br> **Time:** 10:00 a.m. <br> **Crtrm.:** 8 <br><br> Trial Date:　　　　July 28, 2009 |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

| | |
|---|---|
| 1 | and assigns; THE MORTGAGE STORE FINANCIAL INC., a California corporation, its successors and assigns; QUALITY LOAN SERVICE CORPORATION, a California corporation; MERITAGE MORTGAGE CORPORATION, an Oregon corporation, its successors and assigns; HOMEWIDE LENDING CORP, a California corporation, its successors and assigns; SELECT PORTFOLIO SERVICING, INC. a Utah corporation; INDYMAC BANK, FSB; EVERHOME MORTGAGE COMPANY a Florida corporation; EMC MORTGAGE COMPANY, a Delaware corporation; OCWEN LOAN SERVICING LLC, a Delaware limited liability company; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP. on behalf of the Credit Suisse Adjustable Rate Mortgage Trust 2006-3, a Delaware corporation; MERCHANTS BONDING COMPANY, an Iowa corporation; INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation; US BANK N.A. (Doe 1); BANK OF AMERICA NA, successor to La Salle Bank NA, Assignee of EMC Mortgage Corporation (Doe 2); FEDERAL HOME LOAN MORTGAGE ASSOCIATION, assignee of interest from EMC Mortgage Corporation (Doe 3); HSBC Bank USA, N.A., as Trustee for the registered holders of the Nomura Asset Acceptance Corporation Alternative Loan Trust Series 2006-S5 (Doe 4); and DOES 5-100, inclusive, Defendants. |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

741543.1 4872.036

2

JUDGMENT IN FAVOR OF DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION, AS CONSERVATOR FOR INDYMAC FEDERAL BANK, FSB

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1  The Motion for Summary Judgment, or in the Alternative Partial Summary
2  Judgment, of Defendant, FEDERAL DEPOSIT INSURANCE CORPORATION,
3  AS CONSERVATOR FOR INDYMAC FEDERAL BANK, FSB, came on
4  regularly for hearing on **July 6, 2009**, before the Hon. Manuel L. Real, Judge
5  presiding.
6  The Court, having considered the points and authorities, statement of
7  uncontroverted facts and conclusions of law, declarations and evidence supporting
8  the Motion, hereby finds that Defendant, FEDERAL DEPOSIT INSURANCE
9  CORPORATION, AS CONSERVATOR FOR INDYMAC FEDERAL BANK,
10 FSB, and any successors-in-interest, are entitled to Judgment as a matter of law on
11 the grounds that there is no genuine issue as to any material fact and that the moving
12 party is entitled to judgment as a matter of law as to the Tenth Cause of Action for
13 Cancellation of Instruments; Twelfth Cause of Action for Quiet Title, Seventeenth
14 Cause of Action for Temporary and Permanent Injunction Against Foreclosure and
15 Eighteenth Cause of Action for Declaratory Relief in her First Amended Complaint.
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

**IT IS HEREBY ORDERED AND ADJUDGED:**

The Motion for Summary Judgment of Defendant, FEDERAL DEPOSIT INSURANCE CORPORATION, AS CONSERVATOR FOR INDYMAC FEDERAL BANK, is granted in its entirety on the grounds that there is no genuine issue as to any material fact and that the Defendant, FEDERAL DEPOSIT INSURANCE CORPORATION, AS CONSERVATOR FOR INDYMAC FEDERAL BANK, FSB, and any successors-in-interest, are entitled to judgment as a matter of law as to the Tenth Cause of Action for Cancellation of Instruments; Twelfth Cause of Action for Quiet Title, Seventeenth Cause of Action for Temporary and Permanent Injunction Against Foreclosure and Eighteenth Cause of Action for Declaratory Relief in her First Amended Complaint.

DATED: July 16, 2009

_____
The Hon. Manuel L. Real
United States District Judge

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

741543.1 4872.036

4
JUDGMENT IN FAVOR OF DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION, AS CONSERVATOR FOR INDYMAC FEDERAL BANK, FSB

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 3602 Inland Empire Blvd., Suite C100, Ontario, California 91764.

On July ____, 2009, I served the following document(s) described as **JUDGMENT IN FAVOR OF DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION, AS CONSERVATOR FOR INDYMAC FEDERAL BANK, FSB** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED LIST

**BY MAIL:** I am "readily familiar" with Anderson, McPharlin & Conners' practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Ontario, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on July ____, 2009, at Ontario, California.

Cynthia Fitch

**ANDERSON, McPHARLIN & CONNERS LLP**
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

741543.1 4872.036

# SERVICE LIST
## Margarita Cortez v. Tri Star Realty and Investments, Inc., et al.
## 2:08-cv-06737-R-PJW

| | |
|---|---|
| William F. Swearinger, Esq.<br>WF Swearinger, Inc., PC<br>6255 Sunset Blvd., Suite 714<br>Hollywood, CA 90028-7411<br>Telephone: (323) 463-1111<br>Facsimile: (323) 463-0219 | Attorneys for Plaintiff,<br>Margarita Cortez |
| Carlos E. Sosa, Esq.<br>John Michael Pagan, Esq.<br>Hausman & Sosa LLP<br>18757 Burbank Boulevard<br>Suite 305<br>Tarzana, CA 91356-6329<br>Telephone: (818) 654-9000<br>Facsimile: (818) 654-9050 | Attorneys for Defendant,<br>International Fidelity<br>Insurance Company |
| John M. Williams, Jr., Esq.<br>Williams Law Group<br>236 W. Mountain Street<br>Suite 106<br>Pasadena, CA 91103<br>Telephone: (626) 795-9009<br>Facsimile: (626) 795-9003 | Attorneys for Defendants,<br>Jorge Enriquez, John<br>Robledo, Maria Veronica<br>Robledo, Leopoldo Guerrero,<br>Antonia Guerrero and<br>Armando A. Zuno, Jr. |
| Scott I. Richards, Esq.<br>Law Office of Scott I. Richards<br>313 North Birch Street<br>Santa Ana, CA 92701<br>Telephone: (714) 550-9800<br>Facsimile: (714) 550-9119 | Attorneys for<br>Defendant/Cross-<br>Complainant, Homewide<br>Lending Corporation |
| H. Joseph Nourmand, Esq.<br>Law Offices of H. Joseph Nourmand, APC<br>660 South Figueroa St., 24th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 688-2888<br>Facsimile: (213) 688-2848 | Attorneys for Defendant, The<br>Mortgage Store Financial,<br>Inc. |
| Richard S. Busch, Esq.<br>Law Offices of Richard Busch<br>2660 Townsgate Road, Suite 400<br>Westlake Village, CA 91361<br>Telephone: (805) 222-4234<br>Facsimile: (805) 497-7680 | Attorneys for Defendant,<br>Merchants Bonding<br>Company |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

741543.1 4872.036

2
JUDGMENT IN FAVOR OF DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION, AS CONSERVATOR FOR INDYMAC FEDERAL BANK, FSB

| | | |
|---|---|---|
| 1 | Kenneth H. Martin, Esq.<br>Snyder Law<br>4050 Calle Real, Suite 200<br>Santa Barbara, CA 93110<br>Telephone: (805) 692-2800<br>Facsimile: (805) 692-2801 | Co-Counsel for Defendant, IndyMac Bank, F.S.B., and Federal Deposit Insurance Corporation, as Receiver for IndyMac Bank, F.S.B. AND Attorneys for Defendants US Bank N.A. and Select Portfolio Servicing, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | Daniel J. Goulding, Esq.<br>McCarthy & Holthus LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101<br>Telephone: (619) 685-4800<br>Facsimile: (619) 685-4810 | Attorneys for Qualify Loan Service Corporation |
| 7 | | |
| 8 | | |
| 9 | Edward A. Treder Esq.<br>Barrett Daffin Frappier Treder & Weiss, LLP<br>917 South Village Oaks Drive, Suite 200<br>Covina, CA 91724<br>Telephone: (626) 915-5714<br>Facsimile: (626) 915-0289 | Attorneys for Defendant NDEx West, LLC |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | Robin Prema Wright, Esq.<br>Wright, Finlay & Zak, LLP<br>4665 MacArthur Court<br>Suite 280<br>Newport Beach, CA 92660<br>Telephone: (949) 477-5050<br>Facsimile: (949) 477-9200 | Attorneys for Defendants Everhome Mortgage Company & Mortgage Electronic Registration Systems, Inc. |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | Jeffrey B. Gardner, Esq.<br>Barry Gardner & Kincannon, A Professional Corporation<br>5000 Birch Street, Suite 420<br>Newport Beach, CA 92660<br>Telephone: (949) 851-9111<br>Facsimile: (949) 851-3935 | Attorneys for Defendants Wells Fargo Bank NA dba America's Servicing Company and Credit Suisse First Boston Mortgage Securities Corp. |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

741543.1 4872.036