**SNYDER LAW, a Professional Corporation**
**Barry Clifford Snyder (SB# 62844)**
**Kenneth H. Martin (SB# 240350)**
4050 Calle Real, Suite 200
Santa Barbara, CA 93110
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801

Attorneys for Defendants
US BANK N.A. and SELECT PORTFOLIO SERVICING, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MARGARITA CORTEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRI STAR REALTY AND INVESTMENTS INC., et al,<br><br>　　　　Defendants.<br>_____/ | **Case No. CV08-6737 R (PJWx)**<br><br>**Hon. Manuel L. Real - Courtroom 8**<br><br>**AMENDED JUDGMENT**<br><br>Date　　:　May 4, 2009<br>Time　　:　10:00 AM<br>Ctrm.　　:　8 |

　　　　The motion of defendants US BANK N.A. (as predecessor in interest to DLJ Mortgage Capital, Inc.) and SELECT PORTFOLIO SERVICING, INC., for summary judgment, or in the alternative, summary adjudication, came on for hearing May 4, 2009, the Honorable Manuel L. Real, presiding.

**A.　　RECITALS**

　　　　**1.**　　This judgment affects property (hereinafter referred to as the "Navajo Road Property") located at 13401 Navajo Road, Apple Valley, County of San Bernardino, California, and legally described as:

///

///

LOT NO. 3414 OF TRACT NO. 3477, APPLE VALLEY RANCHOS UNIT NO. 9, AS PER MAP RECORDED IN BOOK 45, PAGES 55 AND 56 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

2. On October 12, 2007 plaintiff MARGARITA CORTEZ filed suit in the Superior Court for the County of Los Angeles, Case Number BC379074, alleging, among other things, that her credit and identity were used without her knowledge to purchase five separate properties, including the Navajo Road Property. On October 14, 2008 this action was removed to the Central District of California, Western Division, Los Angeles as Case No. CV08-6737 R (PJWx).

3. The complaint includes four causes of action against the parties that hold security interests in the Navajo Road Property. The causes of action include Quiet Title, Cancellation of Written Instruments, Injunction, and Declaratory Relief.

4. Defendants' Motion for Summary Judgment presented uncontroverted evidence that Select Portfolio Servicing ("Select Portfolio") is the servicer, and DLJ Mortgage Capital, Inc ("DLJ") is the current beneficiary, of two deeds of trust recorded against the Navajo Road Property. The first deed of trust is dated July 28, 2006, and recorded as document number 2006-0513297. The second deed of trust is dated July 28, 2006, and recorded as document number 2006-0513298. Although plaintiff also brought suit against Indymac Bank FSB, The Mortgage Store, and Quality Loan Servicing in connection with the Navajo Road Property, there was no evidence that any of these parties have any interest in the Navajo Road Property at the time of this Judgment.

5. On May 5, 2009, the Court held that there were no genuine issues as to any material fact, and therefore, based on uncontroverted evidence, defendants' Motion for Summary Judgment was granted in its entirety.

///

**B.     JUDGMENT**

**JUDGMENT IS HEREBY ENTERED** in favor of defendants US BANK N.A. (as predecessor in interest to DLJ Mortgage Capital, Inc.) and SELECT PORTFOLIO SERVICING, INC., and against plaintiff MARGARITA CORTEZ, as follows:

1. As to the Eighth Cause of Action for Cancellation of Instruments, judgment is entered against plaintiff Margarita Cortez. Cortez cannot cancel the security instruments recorded against the Navajo Road Property.

2. As to the Twelfth Cause of Action for Quiet Title, judgment is entered against plaintiff Margarita Cortez. Cortez cannot quiet title to the Navajo Road Property in her herself as against defendants.

3. As to the Seventeenth Cause of Action for Injunction, judgment is entered against plaintiff Margarita Cortez. Cortez cannot enjoin foreclosure proceedings instituted against the Navajo Road Property.

4. As to the Eighteenth Cause of Action for Declaratory Relief, judgment is entered against plaintiff Margarita Cortez. Defendants' interests in the Navajo Road Property are valid and enforceable.

Dated: _August 5, 2009__      _____
                              Hon. Manuel L. Real
                              United States District Judge