**SNYDER LAW, a Professional Corporation**
**Barry Clifford Snyder (SB# 62844)**
**Kenneth H. Martin (SB# 240350)**
4050 Calle Real, Suite 200
Santa Barbara, CA 93110
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801

Attorneys for Defendants
US BANK N.A. and SELECT PORTFOLIO SERVICING, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MARGARITA CORTEZ, | Case No. CV08-6737 R (PJWx) |
| Plaintiff, | **Hon. Manuel L. Real - Courtroom 8** |
| v. | **ORDER RE DEFENDANTS US BANK N.A. and SELECT PORTFOLIO SERVICING, INC. ATTORNEYS' FEES** |
| TRI STAR REALTY AND INVESTMENTS INC., a California corporation, et al, | |
| Defendants. | |

The Court held a Final Pretrial Conference on July 6, 2009 in the above-entitled matter before the Honorable Manuel Real in courtroom 8 of the United States District Court, Central District, Western Division. The Court having noticed the absence of Plaintiff, Margarita Cortez, and her counsel of record, ruled as follows:

1. The Court dismissed the entire case as to all Defendants, with prejudice;

2. The Court found this lawsuit to be frivolous;

3. The Court ordered counsel for all defendants who had appeared in this matter to file a Declaration regarding their attorneys' fees incurred in defending this lawsuit, and proposed order thereon.

///

1  The Court having considered the declaration of counsel, Kenneth H. Martin in
2  Support of Attorneys' Fees the Court hereby Orders:
3    1.   Defendants US Bank N.A. (as predecessor in interest to DLJ Mortgage
4  Capital, Inc.) and Select Portfolio Servicing, Inc. are entitled to recover their
5  attorneys' fees from plaintiff's attorney William F. Swearinger in the total amount of
6  $47,078.00.
7    2.   This Order is enforceable as a Judgment.
8
9    IT IS SO ORDERED.
10
11
12  Dated: September 1, 2009       _____
13                Honorable Manuel L. Real

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

 I am employed by the firm of Snyder Law, a Professional Corporation, in the County of Santa Barbara, State of California.  I am over the age of 18 and not a party to the within action; my business address is 4050 Calle Real, Suite 200, Santa Barbara, California  93110.

 On August 5, 2009, I served the foregoing document described as **EX PARTE APPLICATION OF DEFENDANTS US BANK N.A. AND SELECT PORTFOLIO SERVICING, INC. FOR AN AMENDED JUDGMENT ON THEIR MOTION FOR SUMMARY JUDGMENT** and **[PROPOSED] AMENDED JUDGMENT**  on all parties of record in this action by placing true and correct copy thereof  in a sealed envelope addressed as follows:

**PLEASE SEE SERVICE LIST ATTACHED HERETO**

__XX__   I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Barbara, California. I am "readily familiar"" with this firm''s practice of collection and processing correspondence for mailing.  It is deposited with U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day from the date of deposit for mailing in the affidavit.

_____   At approximately _____ p.m., I served the foregoing document on all parties of record in this action at the fax number(s) designated above, by placing true copies thereof in our office fax machine, fax number 805.692.2801.  The transmission was reported as complete and without error by the transmitting fax machine.

_____   I caused such envelope to be picked up by a common carrier promising overnight delivery, with charges prepaid, for delivery the next day to the persons identified above.

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed on August 5, 2009, at Santa Barbara, California.

            /s/ Tracy D. Brower
            Tracy D. Brower

# SERVICE LIST

*Margarita Cortez v. Tri Star Realty and Investments, Inc., et al.*
**U.S. District Court Case No. CV08-6737 R (PJWx)**

| | |
|---|---|
| **William F. Swearinger, Esq.**<br>**W.F. Swearinger, Inc., PC**<br>6255 Sunset Boulevard, Suite 1021<br>Hollywood, CA  90028-7411<br>Telephone:  (323) 463-1111<br>Facsimile:   (323) 463-0219 | *Attorneys for Plaintiff,*<br>*Margarita Cortez* |
| **Richard S. Busch, Esq.**<br>**Law Offices of Richard S. Busch**<br>2660 Townsgate Road, Suite 400<br>Westlake Village, CA  91361<br>Telephone:  (805) 494-9038<br>Facsimile:   (805) 497-0084 | *Attorneys for Defendant,*<br>*Merchants Bonding Company* |
| **H. Joseph Nourmand, Esq.**<br>**Law Offices of H. Joseph Nourmand**<br>660 S. Figueroa Street, 24th Floor<br>Los Angeles, CA  90017<br>Telephone:  (213) 688-2888<br>Facsimile:   (213) 688-2848 | *Attorneys for Defendant,*<br>*The Mortgage Store Financial, Inc.* |
| **Scott I. Richards, Esq.**<br>**Law Offices of Scott I. Richard**<br>313 N. Birch Street<br>Santa Ana, CA  92701<br>Telephone:  (714) 550-9800<br>Facsimile:   (714) 550-9119 | *Attorneys for Defendant,*<br>*Homewide Lending Corporation* |
| **Carlos E. Sosa, Esq.**<br>**John M. Pagan, Esq.**<br>**Hausman & Sosa, LLP**<br>18757 Burbank Boulevard, Suite 305<br>Tarzana, CA  91356-6329<br>Telephone:  (818) 654-9000<br>Facsimile:   (818) 654-9050 | *Attorneys for Defendant,*<br>*International Fidelity Insurance Company* |
| **John M. Williams, Jr., Esq.**<br>**Williams Law Group**<br>236 W. Mountain Street, Suite 106<br>Pasadena, CA  91103<br>Telephone: (626) 795-9009<br>Facsimile:   (626) 795-9003 | *Attorneys for Defendants,*<br>*Jorge Enrique, Leopoldo Guerrero, Antonia Guerrero, John Robledo, Maria Veronica Robledo, and Armando A. Zuno, Jr.* |

| | | |
|---|---|---|
| 1 | **Jesse S. Hernandez, Esq.**<br>**Vanessa H. Widener, Esq.**<br>**Anderson, McPharlin & Conners, LLP**<br>444 S. Flower Street, 31st Floor<br>Los Angeles, CA 90071-2901<br>Telephone: (213) 688-0080<br>Facsimile: (213) 622-7594 | *Attorneys for Defendant,*<br>*Federal Deposit Insurance*<br>*Corporation, as Conservator for*<br>*Indymac Federal Bank, FSB, et al.* |
| 6 | **Daniel J. Goulding, Esq.**<br>**McCarthy & Holthus, LLP**<br>1770 Fourth Avenue<br>San Diego, CA 92101<br>Telephone: (619) 685-4800<br>Facsimile: (619) 685-4810 | *Attorneys for Defendant,*<br>*Quality Loan Service Corporation* |
| 10 | **Edward A. Treder, Esq.**<br>**Barrett Daffin Frappier Treder & Weiss**<br>917 S. Village Oaks Drive, Suite 200<br>Covina, CA 91724<br>Telephone: (626) 915.5714<br>Facsimile: (626) 915.0289 | *Attorneys for Defendant,*<br>*Ndex West, LLC* |
| 14 | **Robin Prema Wright, Esq.**<br>**Wright, Finlay & Zak, LLP**<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 92660<br>Telephone: (949) 477-5050<br>Facsimile: (949) 477-9200 | *Attorneys for Defendants,*<br>*Everhome Mortgage Company*<br>*and Mortgage Electronic*<br>*Registration Systems, Inc.* |
| 18 | **Jeffrey B. Gardner, Esq.**<br>**Barry Gardner & Kincannon, A Professional Corporation**<br>5000 Birch Street, Suite 420<br>Newport Beach, CA 92660<br>Telephone: (949) 851-1911<br>Facsimile: (949) 851-3935 | *Attorneys for Defendants*<br>*Wells Fargo Bank NA dba*<br>*America's Servicing Company*<br>*and Credit Suisse First Boston*<br>*Mortgage Securities Corp.* |