H. JOSEPH NOURMAND, ESQ. (SBN 126925)
LAW OFFICES OF H. JOSEPH NOURMAND, APC
660 S. Figueroa Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 688-2888
Telecopier: (213) 688-2848
hjnourmand@nourmandlaw.com

Attorneys for Defendants
THE MORTGAGE STORE FINANCIAL INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA CORTEZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>TRI-STAR REALTY AND INVESTMENTS, INC., a California corporation; Et al.<br><br>Defendants. | Case No.: CV08-6737 R (PJWx)<br><br>**ORDER AWARDING ATTORNEYS' FEES AND COSTS TO DEFENDANT, THE MORTGAGE STORE FINANCIAL, INC.** |

The above captioned matter came on for hearing on July 6, 2009 on a Final Pre-Trial Conference in Department 8, before the Hon. Manuel L. Real. No appearances having been made by or on behalf of Plaintiff, the Court ruled as follows:

**IT IS HEREBY ORDERED** that:

1. This entire action is dismissed with prejudice for lack of prosecution;

2. This entire action is declared to be a "frivolous lawsuit";

3. The Court finds that all defendants in this matter are entitled to recover their attorneys' fees and costs as against Plaintiff's counsel, William Swearinger, pursuant to Declarations and Orders to be filed with the Court;

///

///

1

4.    The Court awards Defendant, The Mortgage Store Financial Inc. a California corporation ("TMS"), its costs and attorneys' fees in the total sum of $20,775.00, to be paid by William Swearinger, counsel for Plaintiff.

5.    This order is to be enforceable as a judgment.

**IT IS SO ORDERED.**

Dated: September 21, 2009

Hon. Manuel L. Real, Judge
United States District Court

# PROOF OF SERVICE

**STATE OF CALIFORNIA** )
                               ) ss.
**COUNTY OF LOS ANGELES** )

       I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is: 660 S. Figueroa Street, Suite 2400, Los Angeles, CA 90017.

       On September 4, 2009, I served the following described as: **ORDER AWARDING ATTORNEYS' FEES AND COSTS TO DEFENDANT, THE MORTGAGE STORE FINANCIAL, INC** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

       **[SEE ATTACHED SERVICE LIST]**

**[ X ]** **(BY U.S. MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

**[ ]** **(BY FACSIMILE)** I caused such document to be transmitted, with a notation of the date and place of transmission and the facsimile telephone number to which it was transmitted, to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number as last given by that person on any document which he or she has filed in the cause and served on the party making the service. The service is complete at the time of transmission.

**[ ]** **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**[ X ]** **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

       Executed on September 4, 2009, at Los Angeles, California.


<u>Paul Driscoll</u>                                              _____
PRINT NAME                                           SIGNATURE

**SERVICE LIST**

Bill Swearinger, Esq.
**WF SWEARINGER, INC., P.C.**
6255 Sunset Boulevard
Suite 1021
Hollywood, California 90028
Fax No. 323-463-0219

Carlos E. Sosa, Esq.
John M. Pagan, Esq.
**HAUSMAN & SOSA LLP**
18757 Burbank Boulevard
Suite 305
Tarzana, California 91356
Fax No. 818-654-9050

Richard S. Busch, Esq.
**LAW OFFICES OF
RICHARD S. BUSCH**
2660 Towngate Road, Suite 400
Westlake Village, California 91361
Fax No. 805-497-0084

John M. Williams Jr., Esq.
**WILLIAMS LAW GROUP**
236 W Mountain Avenue, Suite 106
Pasadena, California 91103
Fax No. 626-795-9003

Daniel J. Goulding, Esq.
**MCCARTHY & HOLTHUS LLP**
1770 4th Avenue
San Diego, California 92110
Fax No. 619-685-4810

Kenneth H. Martin, Esq.
**SNYDER LAW**
4050 Calle Real, Suite 200
Santa Barbara, California 93110
Fax No. 805-692-2801

Scott I. Richards, Esq.
**LAW OFFICES OF
SCOTT I. RICHARDS**
313 N. Birch Street
Santa Ana, California 92701
Fax No. 714-550-9119

Jesse S. Hernandez, Esq.
Arnold W. Holaday, Esq.
Vanessa H. Widener, Esq.
**ANDERSON, MCPHARLIN
& CONNERS LLP**
444 South Flower Street, 31st Floor
Los Angeles, California 90071
Fax No. 213-622-7594

Edward A. Treder, Esq.
**BARRETT DAFFIN
FRAPPIER TREDER & WEISS**
917 S. Village Oaks Drive, Suite 200
Covina, California 91724
Fax No. 626-915-0289

Robin P. Wright, Esq.
**WRIGHT FINLAY & ZAK LLP**
4665 MacArthur Court, Suite 280
Newport Beach, California 92660
Fax No. 949-477-9200

**PROOF OF SERVICE**